————————————

No. 95-3908SI

————————————

Janet R. Root,                      *
                                    *
            Appellant,              *
                                    *    Appeal from the United States
     v.                             *    District Court for the Southern
                                    *    District of Iowa.
Shirley S. Chater, Commissioner     *
of the Social Security              *    [UNPUBLISHED]
Administration,  *
                                    *
            Appellee.               *

————————————

Submitted:  May 13, 1996

Filed:  May 22, 1996

————————————

Before McMILLIAN, FAGG, and LOKEN, Circuit Judges.

————————————


PER CURIAM.


     Janet R. Root appeals a decision of the district court upholding the
Commissioner's denial of disability insurance benefits.  Having carefully
reviewed the record and the parties' briefs, we conclude that no error of
law appears.  Because an opinion would have no precedential value, we
affirm without an opinion.  See 8th Cir. R. 47B.


     A true copy.


        Attest:


            CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.